# EXHIBIT 3

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 66387-054 | Responsible Facility: CNK |
| Inmate Name | Assessment Date.....: 07-02-2023 |
|   Last............: KERGIL | Period Start/Stop...: 12-21-2018 to 07-02-2023 |
|   First...........: JAMES | Accrued Pgm Days....: 537 |
|   Middle..........: KEVIN | Disallowed Pgm Days.: 1117 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender...........: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 07-08-2016 | Apply FTC to Release: No |

**Start        Stop        Pgm Status    Pgm Days**
12-21-2018   07-02-2023   accrue        537
  **Cannot apply FTC**
    **Facility  Category   Assignment    Start           Stop**
    CNK        FRP        REFUSE        06-10-2020 1529 CURRENT
------------------------------------------------------------------------------------
**Start        Stop        Pgm Status    Pgm Days**
12-21-2018   07-17-2019   accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
------------------------------------------------------------------------------------
**Start        Stop        Pgm Status    Pgm Days**
07-17-2019   06-10-2020   accrue        329
  Accrued Pgm Days...: 329
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 165
------------------------------------------------------------------------------------
**Start        Stop        Pgm Status    Pgm Days**
06-10-2020   07-02-2023   disallow      1117
  **In FRP refuse status**
    **Facility  Category   Assignment    Start           Stop**
    CNK        FRP        REFUSE        06-10-2020 1529 CURRENT

--- FSA Assessment ------------------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-MIN | 04-28-2021 1316 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-MIN | 04-28-2021 1316 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-MIN | 04-28-2021 1316 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-MIN | 04-28-2021 1316 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-MIN | 04-28-2021 1316 | 15 |

```
006 01-07-2021 07-06-2021 ACTUAL         FSA R-MIN         04-28-2021 1316  15
007 07-06-2021 01-02-2022 ACTUAL         FSA R-MIN         04-28-2021 1316  15
008 01-02-2022 07-01-2022 ACTUAL         FSA R-MIN         04-28-2021 1316  15
009 07-01-2022 12-28-2022 ACTUAL         FSA R-MIN         04-28-2021 1316  15
010 12-28-2022 03-28-2023 ACTUAL         FSA R-MIN         04-28-2021 1316  15
011 03-28-2023 06-26-2023 ACTUAL         FSA R-MIN         04-28-2021 1316  15
012 06-26-2023 09-24-2023 ACTUAL         FSA R-MIN         04-28-2021 1316  15
```