UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES KEVIN KERGIL,<br><br>       Plaintiff,<br><br>  - v -<br><br>BUREAU OF PRISONS et al.,<br><br>       Defendants. | 23 Civ. 5949 (CM) |

## CERTIFICATE OF SERVICE

  I, Alexander Kristofcak, an Assistant United States Attorney for the Southern District of New York, hereby certify that on July 28, 2023, I caused a copy of Respondent's Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus (ECF No. 7) and the Declaration of Kenneth Bork (ECF No. 8) to be served upon Petitioner Kevin James Kergil via Certified Mail at the following address:

James Kevin Kergil
258 High Street
Peekskill, NY 10566

Dated: July 28, 2023
    New York, New York

                   By:  /s/ *Alexander Kristofcak*
                       ALEXANDER KRISTOFCAK
                       Assistant United States Attorney
                       86 Chambers Street, 3rd Floor
                       New York, New York 10007
                       Tel.:  (212) 637-2768
                       E-mail: alexander.kristofcak@usdoj.gov