**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES KEVIN KERGIL,

                Petitioner,            23 **CIVIL** 5949(CM)

    -against-                         **JUDGMENT**

BUREAU OF PRISONS; RESIDENTIAL
REENTRY CENTER, BRONX, NY; MS.
COSME (DIRECTOR),

                Respondents.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 3, 2023, Kergil's petition is denied as moot.

Accordingly, the case is closed.

**DATED:** New York, New York
          August 8, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                        **BY:**              _____
                                                           **Deputy Clerk**